AO 245E    (Rev. 12/03) Judgment in a Criminal Case for Organizational Defendants
Sheet 1

# UNITED STATES DISTRICT COURT

__NORTHERN__ District of __FLORIDA__

| | |
|---|---|
| UNITED STATES OF AMERICA<br>**V.**<br><br>ALREK BUSINESS SOLUTIONS, INC.,<br>f/k/a Aldon Business Solutions, Inc. | **JUDGMENT IN A CRIMINAL CASE**<br>(For Organizational Defendants)<br><br>CASE NUMBER: 3:08cr86-003LAC<br>Defendant Organization's Attorney |

**THE DEFENDANT ORGANIZATION:**

X  pleaded guilty to count(s)   One and Two

☐  pleaded nolo contendere to count(s) _____
   which was accepted by the court.

☐  was found guilty on count(s) _____
   after a plea of not guilty.

The organizational defendant is adjudicated guilty of these offenses:

| **Title & Section** | **Nature of Offense** | **Offense Ended** | **Count** |
|---|---|---|---|
| 18 U.S.C. §§ 1546(a) and 371 | Conspiracy to Commit Visa Fraud | September 16, 2008 | One |
| 18 U.S.C. § 1956(a)(1)(A)(i), (B)(I) and (h) | Conspiracy to Commit Money Laundering | September 16, 2008 | Two |

The defendant organization is sentenced as provided in pages 2 through _____ of this judgment.

☐ The defendant organization has been found not guilty on count(s) _____

☐ Count(s) _____   ☐ is   ☐ are   dismissed on the motion of the United States.

It is ordered that the defendant organization must notify the United States attorney for this district within 30 days of any change of name, principal business address, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant organization must notify the court and United States attorney of material changes in economic circumstances.

Defendant Organization's
Federal Employer I.D. No.:  36-4413124

Defendant Organization's Principal Business Address:

830 East Higgins Road, Suite 114

Schaumburg, Illinois 60173

February 10, 2009
Date of Imposition of Judgment

s/*L. A. Collier*
Signature of Judge

LACEY A. COLLIER, SENIOR U. S. DISTRICT JUDGE
Name and Title of Judge

February 13, 2009
Date

Defendant Organization's Mailing Address:

AO 245E  (Rev. 12/03) Judgment in a Criminal Case for Organizational Defendants
Sheet 2 — Probation

Judgment—Page 2 of 7

DEFENDANT ORGANIZATION: **ALREK BUSINESS SOLUTIONS, INC., f/k/a Aldon Business Solutions, Inc.**
CASE NUMBER: **3:08cr86-003LAC**

## PROBATION

The defendant organization is hereby sentenced to probation for a term of :

**Two Years as to Counts One and Two, with each count to run concurrently one with the other.**

The defendant organization shall not commit another federal, state or local crime.

If this judgment imposes a fine or a restitution obligation, it is a condition of probation that the defendant organization pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant organization must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page (if indicated below).

## STANDARD CONDITIONS OF SUPERVISION

1) within thirty days from the date of this judgment, the defendant organization shall designate an official of the organization to act as the organizations's representative and to be the primary contact with the probation officer;
2) the defendant organization shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
3) the defendant organization shall notify the probation officer ten days prior to any change in principal business or mailing address;
4) the defendant organization shall permit a probation officer to visit the organization at any of its operating business sites;
5) the defendant organization shall notify the probation officer within seventy-two hours of any criminal prosecution, major civil litigation, or administrative proceeding against the organization;
6) the defendant organization shall not dissolve, change its name, or change the name under which it does business unless this judgment and all criminal monetary penalties imposed by this court are either fully satisfied or are equally enforceable against the defendant's successors or assignees; and
7) the defendant organization shall not waste, nor without permission of the probation officer, sell, assign, or transfer its assets.

Judgment—Page 3 of 7

DEFENDANT ORGANIZATION:  ALREK BUSINESS SOLUTIONS, INC., f/k/a Aldon Business Solutions, Inc.
CASE NUMBER:  3:08cr86-003LAC

## SPECIAL CONDITIONS OF SUPERVISION

1. The organization shall pay a fine in the amount of $36,000 to be paid within 120 days of the date of this judgment.

2. The organization shall develop and submit to the Court an Effective Compliance and Ethics Program consistent with U.S.S.G. § 8B2.1. The organization shall include in its submission a schedule for implementation of the compliance and ethics program.

3. The organization shall notify its employees and shareholders of its Effective Compliance and Ethics Program, as well as to any independent contractor.

4. The organization shall make quarterly reports to the probation officer, regarding the organization's progress in implementing the Effective Compliance and Ethics Program.  Among other things, such reports shall disclose any criminal prosecution, civil litigation, or administrative proceeding commenced against the organization, or any investigation of formal inquiry by governmental authorities of which the organization learned since its last report.

5. The organization shall submit to a reasonable number of regular or unannounced examinations of its books and records at appropriate business premises by the probation officer or experts engaged by the Court; and interrogation of knowledgeable individuals within the organization. Compensation to and costs of any experts engaged by the Court shall be paid by the organization.

6. The organization shall make periodic submission to the Court or probation officer, every six (6) months, reporting on the organization's financial condition and results of business operations and accounting for the disposition of all funds received.

7. The organization shall notify the Court or probation officer immediately upon leaning of any material adverse change in its business or financial condition or prospects, or the commencement of any bankruptcy proceeding, major civil litigation, criminal prosecution, or administrative proceeding against the corporation, or any investigation or formal inquiry by governmental authorities regarding the corporation.

8. The organization shall report immediately to the probation officer of any employee hired under H1B Visa program and the corporation shall provide the probation officer any information regarding the status of H1B Visa employees.

After the completion of one (1) year probation may be considered for early termination.

AO 245E   (Rev. 12/03) Judgment in a Criminal Case for Organizational Defendants
    Sheet 3 — Criminal Monetary Penalties

Judgment — Page 4 of 7

DEFENDANT ORGANIZATION:   ALREK BUSINESS SOLUTIONS, INC., f/k/a Aldon Business Solutions, Inc.
CASE NUMBER:   3:08cr86-003LAC

## CRIMINAL MONETARY PENALTIES

The defendant organization must pay the following total criminal monetary penalties under the schedule of payments on Sheet 4.

|  | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| **TOTALS** | $ 800.00 | $ 36,000.00 | $ 0 |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☐ The defendant organization shall make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant organization makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| | | | |

| **TOTALS** | $ 0 | $ 0 | |

☐ Restitution amount ordered pursuant to plea agreement   $ _____

X  The defendant organization shall pay interest on restitution or a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 4 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant organization does not have the ability to pay interest, and it is ordered that:

   ☐ the interest requirement is waived for the   ☐ fine   ☐ restitution.

   ☐ the interest requirement for the   ☐ fine   ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245E   (Rev. 12/03) Judgment in a Criminal Case for Organizational Defendants
    Sheet 3A — Criminal Monetary Penalties

DEFENDANT ORGANIZATION:     ALREK BUSINESS SOLUTIONS, INC., f/k/a Aldon Business Solutions, Inc.
CASE NUMBER:     3:08cr86-003LAC

## ADDITIONAL TERMS FOR CRIMINAL MONETARY PENALTIES

The Fine Amount of $36,000.00 to be paid within 120 days of the date of this judgment.

AO 245E  (Rev. 12/03) Judgment in a Criminal Case for Organizational Defendants
　　　　Sheet 4 — Schedule of Payments

Judgment — Page __6__ of __7__

**DEFENDANT ORGANIZATION:** ALREK BUSINESS SOLUTIONS, INC., f/k/a Aldon Business Solutions, Inc.
**CASE NUMBER:** 3:08cr86-003LAC

## SCHEDULE OF PAYMENTS

**Having assessed the organization's ability to pay, payment of the total criminal monetary penalties are due as follows:**

A　☐　Lump sum payment of $ _____ due immediately, balance due

　　　　☐ not later than _____ , or
　　　　☐ in accordance with ☐ C or ☐ D below; or

B　☐　Payment to begin immediately (may be combined with ☐ C or ☐ D below); or

C　☐　Payment in _____ (e.g., equal, weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

D　☐　Special instructions regarding the payment of criminal monetary penalties:

All criminal monetary penalties are made to the clerk of the court.

The defendant organization shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

　　Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

☐ The defendant organization shall pay the cost of prosecution.

☐ The defendant organization shall pay the following court cost(s):

X The defendant organization shall forfeit the defendant organization's interest in the following property to the United States:
**See Order of Forfeiture entered on February 10, 2009.**

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.

AO 245E   (Rev. 12/03) Judgment in a Criminal Case for Organizational Defendants
         Sheet 4B — Schedule of Payments

Judgment — Page   7   of   7

DEFENDANT ORGANIZATION:     **ALREK BUSINESS SOLUTIONS, INC., f/k/a Aldon Business Solutions, Inc.**
CASE NUMBER:       3:08cr86-003LAC

## ADDITIONAL FORFEITED PROPERTY

See Order of Forfeiture entered on February 10, 2009.